United States District Court
Southern District of Texas
**ENTERED**
August 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY & LYDIA ANSAH, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-2488 |
| | § | |
| NATIONWIDE PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Nationwide Property and Casualty Insurance Company's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 23rd day of August, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE